UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Anthony Ortiz,

              Plaintiff(s),

-against-

United States of America,

              Defendant(s).

------------------------------------x

16 Civ. 4656 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than March 9, 2020 of the status of the action/remaining claims/defendants.

SO ORDERED.

_____

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: March 2, 2020

New York, New York